IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:08CR387 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| HARRY HOWARD, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's unopposed Motion to Extend Time to Self Surrender (Filing No. 48). After review of the matter, the court grants an extension of time **until on or after April 13, 2010,** in which to self-surrender to the Bureau of Prisons.

SO ORDERED.

Dated this 22nd day of March, 2010.

BY THE COURT:

s/Joseph F. Bataillon
Chief District Judge